JS-6

1  .

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  INDUSTRY ADVANCED                    Case No.  CV 17-4962-GW-RAOx
    TECHNOLOGIES, INC., a California
11  corporation,

12             Plaintiff,                **JUDGMENT IN FAVOR OF**
                                         **PLAINTIFF INDUSTRY ADVANCED**
13     v.                                **TECHNOLOGIES, INC. AGAINST**
                                         **DEFENDANT JAMES VETKOS AND**
14                                       **PROGRESSIVE**
    MATTHEWS STUDIO EQUIPMENT,           **MANUFACTURING**
15  INC., a California corporation;
    PROGRESSIVE MANUFACTURING,
16  a sole proprietorship; McCANTS       Judge:  Hon. George Wu
    INDUSTRIES, INC., a California       Courtroom: 9D
17  corporation; JAMES VETKOS, an        Hearing Date: January 7, 2019
    individual, and DOES 2-10, inclusive. Time:   8:30 a.m.
18
             Defendants.
19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT

This action came before the Court, on January 7, 2019, Hon. George Wu, District Judge presiding, on Plaintiff Industry Advanced Technologies, Inc.'s Application for Entry of Default Judgment against Defendants James Vetkos and Progressive Manufacturing ("Defendants"). Defendants did not appear or respond. Upon the evidence presented having been fully considered, the issues having been duly heard and written decisions having been duly rendered,

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the Plaintiff and against Defendants James Vetkos and Progressive Manufacturing, jointly and severally, in the following amounts:

For disgorgement of profits: $53,981.

For costs: $2,064.24.

DATED: January 25, 2019

_____

GEORGE H. WU,
United States District Judge