JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| INDUSTRY ADVANCED TECHNOLOGIES, INC., | Case No. CV 17-4962-GW-RAOx |
|---|---|
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| JAMES VETKOS, | |
| Defendant. | |

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. The Court is to maintain jurisdiction over the terms of the settlement.

     IT IS SO ORDERED.


Dated: August 7, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE